FILED

02/23/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0686

IN THE SUPREME COURT OF THE STATE OF MONTANA
DA 22-0686

FRANCINE JANIK, TRENT BIGGERS,
ANGEL MICHELE ADAMS, TERRY G.
ROSS, and LORI ANN DEHAAN,

      Plaintiffs, Appellees and
      Cross Appellants,

  v.

TOWN OF WHITEHALL,

      Defendant and Appellant,

  and

MONTANA MUNICIPAL INTERLOCAL
AUTHORITY, and DOES 1-25,

      Defendants.

**ORDER GRANTING
EXTENSION OF TIME**

Upon consideration of the Unopposed Motion for Extension of Time to file

Appellant Town of Whitehall's opening brief, there having been no objection from

Appellees/Cross Appellants, and good cause appearing,

IT IS HEREBY ORDERED that Appellant Town of Whitehall is granted a

30-day extension up to and including April 7, 2023, to file its opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
February 23 2023